IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

* * * * *

ZYHERE L. FICHMAN,                              Case No. 3:19-cv-00292

                    Plaintiff,

          vs.

JOSEPH MERCER, individually and
in his official capacity as a
Sparks Police Department Officer,
CITY OF SPARKS, a municipal
corporation, et al.

                    Defendants.
_____/

## STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT (FIRST REQUEST)

COMES NOW, Plaintiff, Zyhere L. Fichman, by and through his undersigned counsel, and Defendant, City of Sparks, a political subdivision of the State of Nevada, and Joseph Mercer, in his individual capacity (hereinafter collectively "the Defendants"), by and through their undersigned counsel and pursuant to LR IA 6-1 and LR IA 6-2 hereby stipulate that Defendants shall have a thirty (30) day extension of time to answer or otherwise plead to the Complaint filed and served herein on June 3, 2019, from June 24, 2019, to and including July 24, 2019.

This stipulation (first request) is made on the grounds and

1

1  for the reason that the Defendants have, since the filing and

2  service of the Complaint on June 3, 2019, commenced a thorough

3  investigation of the facts alleged in the Complaint and defenses

4  thereto, including gathering voluminous documents, interviewing

5  numerous witnesses and researching the relevant law.  The

6  Defendants believe that an additional thirty (30) days will be

7  sufficient time to complete that investigation to enable them to

8  answer or otherwise plead to the Complaint on file herein.

9        Dated this _20th_ day of June, 2019.

10

11  _/s/ Richard Cornell_ _____      _____
    Richard F. Cornell, Esq.                 Stanley H. Brown, Jr., Esq.
12  William J. Routsis, II, Esq.             Chester H. Adams, Esq.
    Attorney for Plaintiff                   Alyson L. McCormick, Esq.
13  Zyhere L. Fichman                        Attorney for Defendants
                                             Joseph Mercer, individually,
14                                           and the City of Sparks, a
                                             political subdivision of
15                                           the State of Nevada

16

17

18                      O R D E R

19        IT IS SO ORDERED.

20                                _____
21                                United States Magistrate Judge

22        Dated this _26th_ day of _June_, 2019.

23

24  SUBMITTED BY:

25  STANLEY H. BROWN, JR., ESQ.
    STANLEY H. BROWN, JR., CHARTERED
    127 E. LIBERTY STREET
26  RENO, NV 89501
    (775) 337-8800

27

28

                          2