**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZYHERE L. FICHMAN, | CASE NO. 3:19-cv-00292-MMD-CBC |
| Plaintiff, | ORDER RE: |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** |
| JOSEPH MERCER, individually and in his official capacity as a Sparks Police Department Officer; CITY OF SPARKS, a municipal corporation; JOHN DOE Defendants 1-10; RED AND WHITE CORPORATIONS; BLACK AND BLUE MUNICIPAL ENTITIES 2-10, | |
| Defendant | |

COMES NOW, Plaintiff, ZYHERE L. FICHMAN, by and through his undersigned counsel, and Defendants, CITYOF SPARKS and JOSEPH MERCER, by and through their

1

undersigned counsel, and pursuant to LR IA 6-1 and LR IA 6-2, do hereby stipulate that Plaintiff shall have an extension of time through August 29, 2019 to respond to the Defendants' Motion to Dismiss, filed July 24, 2019.

This is the first request for an extension of time made by the Plaintiff, and is based upon the availability of counsel for the Plaintiff's calendar, as counsel is on a vacation out of the area at the time of this stipulation and has not yet been available to review the above-referenced Motion. Additionally, counsel would like to ensure that there is sufficient time devoted to discussing the contents of the Motion with his client and co-counsel, and to researching the relevant law(s) at issue in this matter.

Plaintiff does not anticipate any further requests for extensions of time regarding their response.

DATED this 26th day of July, 2019.      DATED this ___ day of July, 2019.

/s/RichardCornell      /s/Stanley H. Brown
Richard F. Cornell, Esq.      Stanley H. Brown, Jr., Esq.
William J. Routsis, II, Esq.      Chester H. Adams, Esq.
*Attorneys for Plaintiff*      Alyson L. McCormick, Esq.
     *Attorneys for Defendants MERCER and CITY OF SPARKS*

### ORDER

IT IS SO ORDERED.

DATED this 31st day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE